FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:21-cr-50-TJC-JBT

21 U.S.C. § 841(a)(1)

HARDY FREDDY PATTERSON

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about June 3, 2020, in the Middle District of Florida, the defendant,

HARDY FREDDY PATTERSON,

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved 50 grams or more of actual methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

### FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. The property to be forfeited includes, but is not limited to, $25,569.00 in United States currency.

4. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

KARIN HOPPMANN
Acting United States Attorney

By: *[signature]*
Ashley Washington
Assistant United States Attorney

By: *[signature]*
Kelly Karase
Assistant United States Attorney
Deputy Chief, Jacksonville Division
